No. 03-7034. WALKER v. ASHCROFT, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 03-7037. GEORGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03-7040. HADDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03-7041. GOVAN v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 03-7046. ALMARAZ-RAMIREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03-7047. BERRY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03-7049. ROSEBY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03-7058. FREEMAN v. LAMANNA, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03-7064. LOMOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03-7068. GARCIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03-7072. GARCIA GARCIA, AKA GARCIA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03-7074. HUMPHREY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03-7076. AKINOLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03-7081. RUIZ SOLORIO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03-7082. SORIA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.